THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEVON JONES, Appellant.

Submitted June 23, 2014; decided June 26, 2014

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.